IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____Civil_____ DIVISION

RECEIVED IN CLERK'S OFFICE
AUG 2 8 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Cavoris Abernathy,
(Name)
Booking # 97436,
(Prison Id. No.)

_____,
(Name)
_____,
(Prison Id. No.)

**Plaintiff(s)**

v.

Bucky Rowland,
(Name)
David Glyeze,
(Name)

**Defendant(s)**

*(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.)*

Civil Action No. _____
*(To be assigned by the Clerk's Office. Do not write in this space.)*

JURY TRIAL REQUESTED  X  YES  ___ NO

*(List the names of all defendants against whom you are filing this lawsuit. Do you use "et al." Attach additional sheets if necessary.)*

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED PURSUANT TO 42 U.S.C. § 1983**

I. **PARTIES TO THIS LAWSUIT**

  A. Plaintiff(s) bringing this lawsuit:

   1. Name of the first plaintiff: Cavoris D Abernathy
      Prison I.D. No. of the first plaintiff: Booking # 97436
      Address of the first plaintiff: Current 1300 Lawson White DR
      Secondary 1117 S Glade St Both Columbia TN 38401

      Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE ( X )

   2. Name of the second plaintiff: _____
      Prison I.D. No. of the second plaintiff: _____
      Address of the second plaintiff: _____

      Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

Revised 11/2014

*(Include the name of the institution and mailing address with zip code for each plaintiff. If any plaintiff changes his or her address, he or she must notify the Court immediately. If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.)*

    B. Defendant(s) against whom this lawsuit is being brought:

        1. Name of the first defendant: **Sheriff Bucky Rowland**
Place of employment of the first defendant: **Maury County Sheriff Dept / Sheriff of Maury County**
First defendant's address: **1300 Lawson White Dr Columbia TN 38401**

        Named in official capacity? **X** Yes    ___ No
Named in individual capacity? ___ Yes    ___ No

        2. Name of the second defendant: **transport officer David Gyeze**
Place of employment of the second defendant: **Maury County Sheriff Dept transport officer**
Second defendant's address: **1300 Lawson White Dr Columbia TN 38401**

        Named in official capacity? **X** Yes    ___ No
Named in individual capacity? ___ Yes    ___ No

*(If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, his or her place of employment, address, and the capacity in which you are suing that defendant. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide each defendant's proper name, place of employment, and address, the Clerk will be unable to serve that defendant should process issue.)*

II. **JURISDICTION**

    A. Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (applies to state prisoners). Jurisdiction is also invoked pursuant to 28 U.S.C. § 1343(a)(3).

       If you wish to assert jurisdiction under different or additional statutes, you may list them below:

Other defendants Against Whom Am filing This lawsuit

Name of defendant

1st Correction officer Penny Covington
Place of Employment of This defendant / Maury County Sheriff Dept.
defendants Address / 1300 Lawson White DR Columbia TN 38401. Named in offical Capacity? yes

Name of defendant

2nd Correction officer Micheal Hudson
Place of Employment of This defendant / Maury County Sheriff Dept.
defendants Address / 1300 Lawson White DR Columbia TN 38401. Named in offical Capacity? yes

X [signature]

[Notary seal: MATTHEW T. SPIRES, STATE OF TENNESSEE, NOTARY PUBLIC, MAURY COUNTY]

Sworn to and subscribed before me this 23 day of AUG, 2017
[signature], Notary
My Commission Expires 12-8-2020

III. **PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)**

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuit(s) in the United States District Court for the Middle District of Tennessee, or in any other federal or state court? \_\_\_Yes  _X_No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

    Plaintiffs _____
    Defendants _____N/A_____

2. In what court did you file the previous lawsuit? \_\_N/A\_\_\_

    (If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.)

3. What was the case number of the previous lawsuit? \_\_N/A\_\_

4. What was the Judge's name to whom the case was assigned? \_\_N/A\_\_

5. What type of case was it (for example, habeas corpus or civil rights action)? \_\_N/A\_\_

6. When did you file the previous lawsuit? (Provide the year, if you do not know the exact date.) \_\_N/A\_\_

7. What was the result of the previous lawsuit? For example, was the case dismissed or appealed, or is it still pending? \_\_N/A\_\_

8. When was the previous lawsuit decided by the court? (Provide the year, if you do not know the exact date.) \_\_N/A\_\_

9. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit? \_\_\_Yes \_\_\_No  N/A

*(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)*

IV. **EXHAUSTION**

A. Are the facts of your lawsuit related to your present confinement?

  X Yes ___No

B. If you checked the box marked "No" in question III.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain. N/A

C. Do the facts of your lawsuit relate to your confinement in a Tennessee state prison?

  ___Yes X No

  *(If you checked the box marked "No," proceed to question IV.G. If you checked the box marked "Yes," proceed to question IV.D.)*

D. Have you presented these facts to the prison authorities through the state grievance procedure? N/A ___Yes ___No

E. If you checked the box marked "Yes" in question III.D above:

  1. What steps did you take? N/A

  2. What was the response of prison authorities? N/A

F. If you checked the box marked "No" in question IV.D above, explain why not. N/A

G. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)? X Yes ___No

H. If "Yes" to the question above, have you presented these facts to the authorities who operate the detention facility? X Yes ___No

I. If you checked the box marked "Yes" in question III.H above:

  1. What steps did you take? Grievance procedure, Serval Messages to All SGts including Lt of Jail.

2. What was the response of the authorities who run the detention facility? I Have yet to recieve a response on Behalf of The officers involvedent And Its Been Thirteen days Since I filed my Grievance

J. If you checked the box marked "No" in question IV.H above, explain why not. _____

N/A

## V. CAUSE OF ACTION

Briefly explain which of your constitutional rights were violated:

The right to be free of Assualt under The Eighth Amendment And to be protected from Harm by fellow prisoners

## VI. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ inch x 11 inch paper. Write on one side only, and leave a 1-inch margin on all 4 sides.

On The date of 8/7/17 transport officer took me out the Holding cell That I was Being Housed in Due to Me Being on Super protective custody Meaning I was to Be Around Nobody in The Jail in Which I was placed on This status By The Head Staff Member of The Jail, And placed me in Restraints And placed me in A Cell And put other inmate inside And I was Attacked All The While The Correction officers working Booking Corrections officer Penny Covington And Correction officer Micheal Hudson Clearly showed A/ Act of Negligence By sitting Behind The desk Looking And watching David Chiere put other inmates in The cell with me And My protective custody Status was Wrote in Black Marker on A Dry Erase Board Right Across from There desk Then after The Attack I was taken Back to My Holding cell And told By officer Hudson That I could nt Go to Court Because I Came out And Hit Someone When The camera Clearly shows Me Being Attacked And Its Also on camera Him telling Me I could nt Go to Court And They didn't Let me Go to Court And The Guy That Attacked me did Go to Court.

**VII. RELIEF REQUESTED:** State exactly what you want the Court to order each defendant to do for you.

I would like for Bucky Rowland to transfer me to another jail for my safety.

I would like Penny Covington & Micheal Hudson to pay me $3,000 dollars each for the negligence they showed in protecting me from harm by fellow prisoners (pain & suffering) in which I would also like transport officer Glyeze to do the same as Penny Covington and Micheal Hudson.

I request a jury trial.    X Yes    ___ No

**VIII. CERTIFICATION**

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: Cavoris Abernathy        Date: 8/21/17
Prison Id. No. Booking 97436
Address (Include the city, state and zip code.): Current - 1300 Lawson White Dr
Home Address 1117 South Glade St Columbia Tn 38401

Signature: _____        Date: _____
Prison Id. No. _____
Address (Include the city, state and zip code.): _____

**ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT**, and provide the information requested above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

**ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**, if not paying the civil filing fee.

**SUBMIT THE COMPLAINT AND (1) THE REQUIRED FILING FEE OR (2) COMPLETED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES AND COSTS TOGETHER.** Complaints received without the required filing fee or application to proceed without prepayment of fees will be returned. Filing fees and applications to proceed without prepayment of fees submitted without a complaint will be returned.

[Notary Seal: MATTHEW T. SPIRES, STATE OF TENNESSEE, NOTARY PUBLIC, MAURY CO.]

Sworn to and subscribed before me this 23 day of AUG, 2017.
_____, Notary
My Commission Expires: 12-8-2020